No. 09-10336. **Andrew R. Lopez, Petitioner v. United States Court of Appeals for the Ninth Circuit.**

561 U.S. 1029, 130 S. Ct. 3537, 177 L. Ed. 2d 1097, 2010 U.S. LEXIS 5474.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-10338. **Patrick K. Spurlock, Petitioner v. Ian A. Northrip, et al.**

561 U.S. 1029, 130 S. Ct. 3509, 177 L. Ed. 2d 1097, 2010 U.S. LEXIS 5335, ▮

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-10340. **Marlon Antoine Brown, Petitioner v. California.**

561 U.S. 1029, 130 S. Ct. 3509, 177 L. Ed. 2d 1097, 2010 U.S. LEXIS 5472.

June 28, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District, denied.

No. 09-10342. **Elizabeth Juanita Campbell, Mother and Next Friend of J.P.E.H., Petitioner v. Hooksett School District, et al.**

561 U.S. 1029, 130 S. Ct. 3509, 177 L. Ed. 2d 1097, 2010 U.S. LEXIS 5439.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 09-10346. **Salvador Cortez, Petitioner v. Mike McDonald, Acting Warden.**

561 U.S. 1029, 130 S. Ct. 3509, 177 L. Ed. 2d 1097, 2010 U.S. LEXIS 5477.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-10347. **Gary F. Ellison, Petitioner v. Paul Biebel, et al.**

561 U.S. 1029, 130 S. Ct. 3509, 177 L. Ed. 2d 1097, 2010 U.S. LEXIS 5323.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-10348. **R. K. C., Father, Petitioner v. J. M. F., Mother.**

561 U.S. 1029, 130 S. Ct. 3509, 177 L. Ed. 2d 1097, 2010 U.S. LEXIS 5417.

June 28, 2010. Petition for writ of certiorari to the Court of Appeals of Iowa denied.

Same case below, 776 N.W.2d 111.

No. 09-10351. **Mark Allen Davis, Petitioner v. Florida.**

561 U.S. 1029, 130 S. Ct. 3509, 177 L. Ed. 2d 1097, 2010 U.S. LEXIS 5475.

June 28, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 26 So. 3d 519.